**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN R. WHITMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORIE J. CARAWAY, et al.,<br><br>　　　　Defendants. | No. 2:20-CV-0243-TLN-DMC<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff, who is proceeding pro se, brings this civil action. On May 21, 2020, the Court directed plaintiff to file a scheduling conference statement by June 10, 2020. To date, plaintiff has not complied. A review of the docket also reflects that, to date, plaintiff has failed to effect service of process on any defendant.

　　　　The Court must weigh five factors before imposing the harsh sanction of dismissal. See Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000); Malone v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987). Those factors are: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its own docket; (3) the risk of prejudice to opposing parties; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions. See id.; see also Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam). A warning that the action may be dismissed as an appropriate sanction is considered a less drastic alternative sufficient to satisfy the last factor. See Malone,

1    833 F.2d at 132-33 & n.1.  The sanction of dismissal for lack of prosecution is appropriate where
2    there has been unreasonable delay.  See Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir.
3    1986).  Dismissal has also been held to be an appropriate sanction for failure to comply with an
4    order to file an amended complaint.  See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir.
5    1992).

6              Having considered these factors, and in light of plaintiff's failure to file a
7    scheduling conference statement or effect service of process, the Court finds that dismissal of this
8    action is appropriate.

9              Based on the foregoing, the undersigned recommends that this action be dismissed,
10   without prejudice, for lack of prosecution and failure to comply with court rules and orders.

11             These findings and recommendations are submitted to the United States District
12   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days
13   after being served with these findings and recommendations, any party may file written
14   objections with the court.  Responses to objections shall be filed within 14 days after service of
15   objections.  Failure to file objections within the specified time may waive the right to appeal.  See
16   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

18   Dated:  June 12, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE