IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN R. WHITTMAN, | No. 2:20-CV-0243-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| CORIE J. CARAWAY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brought this civil action. Final judgment was entered on October 5, 2020, and Plaintiff's appeal to the Ninth Circuit Court of Appeals was dismissed on February 23, 2021. Pending before the Court in this closed case are Plaintiff's notice filed on September 14, 2023, ECF No. 17, and motion filed on October 23, 2023, ECF No. 18, regarding payment of various fees.

In both filings, Plaintiff complains that "Sacramento Courts did not submit my payment(s). . . ." See e.g. ECF No. 18. It is unclear precisely what relief Plaintiff seeks, though he states that he is "requesting the whereabouts of my files and payment." See e.g. id. A review of the Court's docket reflects that Plaintiff's payment for District Court filing fees in the amount of $400.00 was received on February 3, 2020, concurrent with the filing of Plaintiff's complaint. The docket also reflects a payment for Ninth Circuit Court of Appeals filing fees in the amount of $505.00 was received on December 8, 2020. To the extent Plaintiff seeks a refund of these fees,

1  Plaintiff is advised that filing fees are not refundable upon conclusion of the case, either in this
2  Court or the Ninth Circuit.  Finally, regarding Plaintiff's "files," the Court's docket does not
3  reflect receipt of any files from Plaintiff.  If Plaintiff wishes a copy of any document within the
4  Court's electronic case file, he may obtain copies by contacting the Clerk's Office in Sacramento,
5  California.
6      Accordingly, IT IS HEREBY ORDERED that Plaintiff's notice and motion at
7  ECF Nos. 17 and 18 are DENIED and the Clerk of the Court is directed to terminate ECF No. 18
8  as a pending motion in this closed case.

10  Dated:  February 8, 2024

   DENNIS M. COTA
   UNITED STATES MAGISTRATE JUDGE

2